# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:18-cr-39-3 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| CHERIE THOMAS ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

United States Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 88) recommending that the Court: (1) grant Defendant's motion to withdraw her not-guilty plea to a lesser included offense of Count One of the three-count Indictment; (2) accept Defendant's guilty plea to a lesser included offense of Count One of the three-count Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute a mixture and substance containing methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846; and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release (Doc. 39) until sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 88) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not-guilty plea to a lesser included offense of Count One of the three-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to a lesser included offense of Count One of the three-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute a mixture and substance containing methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846;

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place before the undersigned on **January 10, 2020, at 9:00 a.m.**

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**